UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. _____

APPROXIMATELY $504,728.89 SEIZED
FROM WELLS FARGO BANK ACCOUNT
NUMBER 5526898522 (WF 8522) and

APPROXIMATELY $265,036.43 SEIZED
FROM WELLS FARGO BANK ACCOUNT
NUMBER 5526898530 (WF 8530)

    Defendants.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

In accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff the United States of America brings this complaint and alleges upon information and belief as follows:

### NATURE OF THE ACTION

1. This is a civil action *in rem* to forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(2) the following:

    a. Approximately $504,728.89 seized from Wells Fargo Bank, Account Number 5526898522, held in the name of Super Crew Contractors, LLC; and

    b. Approximately $265,036.45 seized from Wells Fargo Bank, Account Number 5526898530, held in the name of Super Crew Contractors, LLC.

("Defendant Funds") because the funds constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1344 (bank fraud) and are, therefore, subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over an action commenced by the United States by virtue of 28 U.S.C. § 1345, and over an action for forfeiture by virtue of 28 U.S.C. § 1355.

3. This Court has *in rem* jurisdiction over the Defendant Funds pursuant to 28 U.S.C. § 1355(b)(1)(B), because venue properly lies in the Middle District of Florida pursuant to 28 U.S.C. § 1395.

4. Venue is proper in the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1355(b)(1), because pertinent acts or omissions giving rise to the forfeiture occurred in this District.

5. Because the Defendant Funds are in the government's possession, custody, and control, the United States requests that the Clerk of Court issue an arrest warrant *in rem*, upon the filing of the complaint, pursuant to Supplemental Rule G(3)(b)(1). The United States will then execute the warrant on the Defendant Funds pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## THE DEFENDANT *IN REM*

6. The Defendant Funds were seized pursuant to seizure warrants issued by this Court on February 24, 2023 (Case No. 3:23-MJ-1088-LLL and Case No. 3:23-MJ-1089-LLL), after a probable cause finding that the contents of each account constituted proceeds of wire fraud, in violation of 18 U.S.C. § 1343 and bank fraud, in violation of 18 U.S.C. § 1344. The Defendant Funds are being held in the Treasury Suspense Account.

## BASIS FOR FORFEITURE

7. Pursuant to 18 U.S.C. § 1343, it is a crime to engage in wire fraud. That statute makes it unlawful to devise any scheme or artifice to defraud, or to obtain money by means of false or fraudulent pretenses, representations, or promises, if the person transmits or causes to be transmitted by means of wire communication in interstate or foreign commerce any writings for the purpose of executing such scheme or artifice. 18 U.S.C. § 1343.

8. Pursuant to 18 U.S.C. § 1344, it is also a crime to engage in bank fraud. The statute makes it unlawful to devise any scheme or artifice to defraud a financial institution or obtain money by means of false or fraudulent pretenses, representations, or promises. 18 U.S.C. § 1344.

9. The Defendant Funds are proceeds of, or traceable to, a wire fraud and/or bank fraud scheme that operated in violation of 18 U.S.C. § 1343 and/or 18 U.S.C. § 1344 as described below.

10. Because the Defendant Funds represent proceeds of a violation of 18 U.S.C. § 1343 and/or 18 U.S.C. § 1344, they are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), which authorizes the United States to civilly forfeit any property that constitutes or is derived from proceeds traceable to a bank fraud offenses, as well as any offense constituting a "specified unlawful activity," as defined in 18 U.S.C.§ 1956(c)(7). "Specified unlawful activity," is defined in 18 U.S.C. § 1956(c)(7) to include offenses listed in 18 U.S.C. § 1961(1), which, in turn, includes wire fraud conducted in violation of 18 U.S.C. § 1343.

11. As required by Rule G(2)(f), the facts set forth below support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, they support a reasonable belief that the government will be able to show by a preponderance of the evidence that the Defendant Funds are proceeds of wire fraud and/or bank fraud.

12. Specific details of the facts and circumstances supporting the forfeiture of the Defendant Funds have been provided by United States Department of Homeland Security, United States Secret Service (USSS) Special Agent Steven Whitaker.

## FACTS

13. The USSS, Jacksonville Field Office received information about a Business Email Compromise[1] through which Victim Company was defrauded of $769,669.67.

14. On January 4, 2023, employees with Victim Company received an email from K.L. that provided balances due for current construction projects. K.L. was a known employee of the construction company performing work for Victim Company. Victim Company employees had previously communicated with K.L. regarding financial matters. A Victim Company employee, responded to the email and indicated that payment would be forthcoming. A few hours later, Victim Company received an email response from who it believed to be K.L. However, there was one extra letter in the email address; in other words, this email was spoofed—designed to trick Victim Company employees into thinking they were communicating with K.L. In the spoofed email, the fraudster requested that the funds be wired because the construction company was unable to accept checks at that time. The Victim Company employee replied they would likely be unable to send the wire until the following week.

---

[1] Business Email Compromise scams are carried out by compromising legitimate email accounts through social engineering or computer intrusion techniques to conduct unauthorized transfers of funds. The victim, who can be an employer or member of the general public, is targeted via email by an email compromise actor posing as a representative of a business associate and induces the victim to unwittingly wire funds to a fraudulent account to which the victim believes to be legitimate.

15. On January 9, 2023, the fraudster, using the same spoofed email address, sent Victim Company the wiring instructions. The wiring instructions provided the bank name as "Wellsfargobank [sic]," routing number, 121000248 and account number, 5526898522. That same day, Victim Company sent an email confirming that the wire had been transmitted.

16. Review of bank account documentation revealed that on January 9, 2023, Victim Company wired $769,669.67 to WF 8522. Prior to receiving that wire, the WF8522 account had a balance of $27.42. On the same day it received the wire from Victim Company, $265,000.00 was transferred via online transfer from WF8522 to WF8530. Prior to the wire from WF8522, the WF8530 account had a balance of $19.73. Neither Wells Fargo account received any other deposits or credits on January 9, 2023.

17. On January 9, 2023, Wells Fargo contacted Victim Company to confirm the wire transfer. Victim Company informed Wells Fargo that the intended recipient for the wire transfer was its construction company, and Wells Fargo confirmed that the funds did not go to that company. Wells Fargo subsequently froze accounts WF 8522 and WF 8530. Closer review of the emails by Victim Company identified the spoofed domain name as having an extra letter.

18. WF 8522 and WF 8530 were both titled to Super Crew Contractors, LLC., and listed Selina Williams as the President and registered agent of Super Crew Contractors, LLC. Williams was the sole signatory for both accounts. Wells Fargo

identified WF 8522 as a business account opened by an individual who presented a Texas driver's license bearing the name Selina Williams. The individual provided an address on Black Pine Court, Jacksonville, FL. However, the driver's license was fake. The United States has been unable to locate Selina Williams. The residents of the Black Pine Court residence reported that they do not have any connection to Selina Williams or Super Crew Contractors.

19. In or about February 24, 2023, the United States Secret Service seized the Defendant Funds.

## CONCLUSION

20. As required by Supplemental Rule G(2)(f), the facts set forth herein support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, they support a reasonable belief that the government will be able to show by a preponderance of the evidence that the Defendant Funds constitute, or are derived from, proceeds traceable to violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1344 (bank fraud) and are, therefore, subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, pursuant to Supplemental Rule G, the United States requests that this Court issue a Warrant of Arrest *in rem* pursuant to Supplemental Rule G(3)(b)(1) for the Defendant Funds, initiate a process of forfeiture against the Defendant Funds, and duly notice all interested parties to appear and show cause why the forfeiture should not be decreed. The United States further requests the

Court order the Defendant Funds forfeited to the United States for disposition according to law and grant the United States such other and further relief as this case may require.

Dated: March 22, 2023  ROGER B. HANDBERG
United States Attorney

By: *s/Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310

## VERIFICATION

I, Steven Whitaker, hereby verify and declare under penalty of perjury, that I am a Special Agent with the United States Department of Homeland Security, United States Secret Service (USSS), and pursuant to 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Forfeiture *in Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case together with other USSS agents.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2023

_____
Steven Whitaker
Special Agent
United States Secret Service