UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 3:23-cv-334-TJC-LLL

APPROXIMATELY $504,728.89 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5526898522 (WF 8522) and

APPROXIMATELY $265,036.43 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5526898530 (WF 8530)

Defendants.

---

**DECLARATION IN SUPPORT OF UNITED STATES' MOTION FOR CLERK'S DEFAULT**

I, Penny Nicholson, a Forfeiture Support Associates Contract Paralegal with the United States Attorney's Office, make the following Declaration in lieu of an affidavit, as permitted by 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the Middle District of Florida, and that it is the legal equivalent of a statement under oath.

1. I have been a Contract Paralegal III for the United States Attorney's Office since August 2022. My duties include, in relevant part, providing notice of forfeiture actions in accordance with the requirements of Rule G(4)(b).

2. This Declaration supports the United States' Motion for Clerk's Default, which requests that the Court enter a Clerk's Default for the following

**EXHIBIT A**

property because the potential interested parties, NNI Construction Co., Super Crew Contractors, LLC., Wells Fargo Bank, N.A., and Grand Fitness Mgmt, LLC. (the Default Claimants), who were provided with notice of this forfeiture action and failed to file a timely claim as required by Supplemental Rule G(5) and 18 U.S.C. § 983(a)(4):

a. Approximately $504,728.89 seized from Wells Fargo Bank, Account Number 5526898522, held in the name of Super Crew Contractors, LLC; and

b. Approximately $265,036.45 seized from Wells Fargo Bank, Account Number 5526898530, held in the name of Super Crew Contractors, LLC.

("Defendant Funds").

3. In this case, I reviewed seizure records which were provided by the United States Secret Service and business records from the Florida Division of Corporations website (https://dos.myflorida.com/sunbiz/search/), in order to determine what parties may have a potential legal interest in the Defendant Funds. The records revealed that NNI Construction Co., Super Crew Contractors, LLC., Wells Fargo Bank, N.A., and Grand Fitness Mgmt, LLC had a potential interest in the Defendant Funds.

4. In accordance with the requirements of Rule G(4)(b), I sent notice of this forfeiture action and instructions on filing a claim, via United States first-class mail and Federal Express to the Default Claimants last known addresses. Specific details of noticing are provided below.

5. Notice of this forfeiture action was sent to Thomas R. Shahady, Registered Agent for NNI Construction Co. in Fort Lauderdale, Florida. *See* Exhibit A1. The Federal Express (tracking number 7721 8270 7807) was delivered on March 22, 2023. The notice package sent first-class mail was not returned and there is no indication that it was not delivered. The notice package clarified that, in accordance with Supp'l Rule G, NNI Construction Co.'s deadline to file a claim was June 22, 2023, respectively. *Id.* Despite notice, neither Thomas R. Shahady, Registered Agent nor NNI Construction Co. filed a claim for the Defendant Funds.

6. Notice of this forfeiture action was sent to Selina Williams, Registered Agent for Super Crew Contractors, LLC. in Jacksonville, Florida. *See* Exhibit A2. The Federal Express (tracking number 7721 8305 1248) was delivered on March 19, 2023. The notice package sent first-class mail was not returned and there is no indication that it was not delivered. The notice package clarified that, in accordance with Supp'l Rule G, Super Crew Contractors, LLC.'s deadline to file a claim was June 22, 2023, respectively. *Id.* Despite notice, neither Selina Williams, Registered Agent nor Super Crew Contractors, LLC. filed a claim for the Defendant Funds.

7. Notice of this forfeiture action was sent to Corporation Service Company, Registered Agent for Wells Fargo Bank, N.A. in Tallahassee, Florida. *See* Exhibit A3. The Federal Express (tracking number 7721 8317 1448) was delivered on March 23, 2023. The notice package sent first-class mail was not returned and there is no indication that it was not delivered. The notice package clarified that, in

accordance with Supp'l Rule G, Wells Fargo Bank, N.A.'s deadline to file a claim was June 22, 2023, respectively. *Id.* Despite notice, neither Corporation Service Company, Registered Agent nor Wells Fargo Bank, N.A. filed a claim for the Defendant Funds.

8. Notice of this forfeiture action was sent to Corporation Service Company, Registered Agent for Grand Fitness Mgmt, LLC. in Tallahassee, Florida. *See* Exhibit A4. The Federal Express (tracking number 7721 8257 4371) was delivered on March 23, 2023. The notice package sent first-class mail was not returned and there is no indication that it was not delivered. The notice package clarified that, in accordance with Supp'l Rule G, Grand Fitness Mgmt, LLC.'s deadline to file a claim was June 22, 2023, respectively. *Id.* Despite notice, neither Corporation Service Company, Registered Agent nor Grand Fitness Mgmt, LLC. filed a claim to the Defendant Funds. However, on May 31, 2023, the United States received a Petition for Remission from Grand Fitness Mgmt, LLC. requesting that the United States consider remitting the Defendant Funds to them once a Default Judgment of Forfeiture is entered.[1]

10. The notice packages sent to all potential interested parties contained the Notice of Complaint for Forfeiture, a copy of the Verified Complaint for Forfeiture

[1] Department of Justice regulations give the Attorney General discretion to remit forfeited property to owners, victims, or lien holders under certain circumstances. *See* 28 C.F.R., Part 9.

*In Rem*; Notice of Related Action; Rule 3.03 Disclosure Statement; Warrant of Arrest *In Rem*, a copy of the Acknowledgment of Receipt of Notice of Complaint for Forfeiture *in Rem*, and a self-addressed, stamped envelope (Notice Package).

11. The "Notice of Complaint for Forfeiture" that was included in the notice packages advised the parties that, in order to contest the Verified Complaint, they were required to file a Statement of Right or Interest within 35 days of the Notice date—here, on or before June 22, 2023. The Notice also advised the parties that they were required to file an Answer within 21 days after filing the Statement of Right or Interest. The Notice of Complaint for Forfeiture further instructed the parties to file the Statement of Right or Interest and Answer with the Office of the Clerk, United States District Court, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202. *Id*. Finally, the Notice of Complaint for Forfeiture advised that the "[f]ailure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests."

12. The United States published notice of the above-referenced civil forfeiture action on its official website, www.forfeiture.gov, for a period of 30 consecutive days, from March 24, 2023, through and including April 22, 2023, as required by Rule G(4)(a)(i) & (iv)(C)(3), and as evidenced by the Declaration of Publication filed with this Court on April 24, 2023. Doc. 8. Pursuant to Rule G(5)(a)(ii)(B), anyone who received notice via publication was required to file a

claim no later than 60 days after the first day of publication—here, on or before May 23, 2023.

13. Upon information and belief, no person referenced above thought to have an interest in the Defendant funds is an infant, incompetent, or presently engaged in military service.

I declare under penalty of perjury that the foregoing is true and correct.

June 29, 2023
Date

PENNY NICHOLSON
Forfeiture Support Associates, LLC.
Contract Paralegal III

May 22, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772182707807

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | R.RUSSO | **Delivery Location:** | 7900 PETERS RD B200 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | FORT LAUDERDALE, FL, 33324 |
| | | **Delivery date:** | May 22, 2023 09:09 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772182707807 | **Ship Date:** | May 18, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
c/o Thomas R. Shahady, Reg Agent, NNI Construction Co.
7900 Peters Road
Suite B-200
FORT LAUDERDALE, FL, US, 33324

**Shipper:**
Mai Tran, U.S. Attorneys Office
Assistant United States Attorney
300 N. Hogan Street, Suite 700
JACKSONVILLE, FL, US, 32202



Thank you for choosing FedEx

**EXHIBIT A1**

FedEx

May 22, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772183051248

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | S.WILLIAMS | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | JACKSONVILLE, FL, |
| | | **Delivery date:** | May 19, 2023 12:52 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772183051248 | **Ship Date:** | May 18, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

JACKSONVILLE, FL, US,

**Shipper:**

JACKSONVILLE, FL, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

**EXHIBIT A2**

June 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772183171448

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.GROSS | **Delivery Location:** | 1201 HAYS ST STE 103 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | TALLAHASSEE, FL, 32301 |
| | | **Delivery date:** | May 23, 2023 09:17 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772183171448 | **Ship Date:** | May 18, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
c/o Corporation Ser Co, Reg Agent, Wells Fargo Bank, N.A.
1201 Hays Street
TALLAHASSEE, FL, US, 32301

**Shipper:**
Mai Tran, U.S. Attorneys Office
Assistant United States Attorney
300 N. Hogan Street, Suite 700
JACKSONVILLE, FL, US, 32202



Thank you for choosing FedEx

**EXHIBIT A3**

June 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772182574371

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.GROSS | **Delivery Location:** | 1201 HAYS ST STE 103 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | TALLAHASSEE, FL, 32301 |
| | | **Delivery date:** | May 23, 2023 09:17 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772182574371 | **Ship Date:** | May 18, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
c/o Corporation Service, Reg Agent, Grand Fitness Mgmt, LLC
1201 Hays Street
TALLAHASSEE, FL, US, 32301

**Shipper:**
Mai Tran, U.S. Attorneys Office
Assistant United States Attorney
300 N. Hogan Street, Suite 700
JACKSONVILLE, FL, US, 32202



Thank you for choosing FedEx

**EXHIBIT A4**